UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: EVOLVE BANK & TRUST CUSTOMER DATA
SECURITY BREACH LITIGATION

CHIEF JUDGE
SHERYL H. LIPMAN
MDL No. 3127

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −4)

On October 4, 2024, the Panel transferred 6 civil action(s) to the United States District Court for the Western District of Tennessee for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* (J.P.M.L. ). Since that time, 11 additional action(s) have been transferred to the Western District of Tennessee. With the consent of that court, all such actions have been assigned to the Honorable Sheryl H. Lipman.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Western District of Tennessee and assigned to Judge Lipman.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Western District of Tennessee for the reasons stated in the order of October 4, 2024, and, with the consent of that court, assigned to the Honorable Sheryl H. Lipman.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of Tennessee. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Nov 13, 2024

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Marcella R. Lockert
Acting Clerk of the Panel

FILED C. Herd

NOV 13 2024

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Jackson

IN RE: EVOLVE BANK & TRUST CUSTOMER DATA
SECURITY BREACH LITIGATION                                              MDL No. 3127

## SCHEDULE CTO−4 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

CALIFORNIA NORTHERN

| | | | |
|------|------|---------|--------------|
| CAN | 3 | 24−06097 | Clemmerson v. Affirm Holdings, Inc. |